UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80079-RAR

**FRANK GRECO**,

    Plaintiff,

v.

**HUMANA PHARMACY, INC.**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Marlene Quintana, on **August 5, 2019 at 9:30 a.m.**, at GrayRobinson, P.A., 333 SE 2nd Avenue, Miami, Florida 31331. A report of the mediation must be filed within **seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of July, 2019.

 

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**